

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00308-CR

**IN RE** Richard A. **PADILLA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

Delivered and Filed:  June 3, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On May 18, 2015, relator Richard A. Padilla filed a petition for writ of mandamus seeking an order from this court directing the district clerk to transmit his application for writ of habeas corpus and the accompanying documents to the Texas Court of Criminal Appeals. This court does not have jurisdiction to grant the requested relief. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a)-(b) (West 2004). We conclude the writ requested is not necessary to enforce our

---

[1] This proceeding arises out of Cause Nos. 2007CR4263 and 2007CR4264, styled *The State of Texas v. Richard A. Padilla*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.

jurisdiction. Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH